# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-mj-00544 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| HEATHER LYNN JOHNSON, | : | |
| Defendant. | : | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued upon an Indictment in the United States District Court FOR New Mexico in Case No. 1:17-cr-01368-JCH-2. Defendant appeared in open Court on November 28, 2017, and after being advised of her rights, waived her right to an identity hearing. Defendant requested that a hearing be held in the United States District Court on the Petition for Action on Conditions of Pretrial Release.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE**

United States District Court for New Mexico, where the charges are pending against her, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal

for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

November 28, 2017                                        *s/Sharon L. Ovington*
                                                                Sharon L. Ovington
                                                          United States Magistrate Judge